UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-00655
Keldrin L Franz  )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s)  )

## ORDER MODIFYING DEBTOR'S PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post confirmation to defer the current trustee default to the end of the Plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 01, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600